Opinion filed May 18, 2006 












 
 
  
 
 







 
 
  
 
 




Opinion filed May 18, 2006 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                   __________

 

                                                          No. 11-05-00325-CR 

 

                                                    __________

 

      ERIC RODERIC COHEN A/K/A ERIC RODERICK COHEN,
Appellant

 

                                                             V.

 

                                        STATE
OF TEXAS, Appellee

 



 

                                          On
Appeal from the 29th District Court

 

                                                       Palo Pinto County, Texas

 

                                                   Trial
Court Cause No. 12,667

 



 

                                                                   O
P I N I O N

Eric Roderic Cohen a/k/a Eric Roderick Cohen
entered a plea of guilty to the offense of possession of methamphetamine and a
plea of true to the enhancement allegation. 
The jury convicted appellant and assessed his punishment at confinement
for thirty years and a $3,500 fine.  We
affirm.








Appellant=s
court-appointed counsel has filed a motion to withdraw.  The motion is supported by a brief in which
counsel professionally and conscientiously examines the record and applicable
law and states that he has concluded that the appeal is frivolous.  Counsel has provided appellant with a copy of
the brief and advised appellant of his right to review the record and file a
response to counsel=s
brief.  A response has been filed.  Court-appointed counsel has complied with the
requirements of Anders v. California, 386 U.S. 738 (1967); Stafford
v. State, 813 S.W.2d 503 (Tex. Crim. App. 1991); High v. State, 573
S.W.2d 807 (Tex. Crim. App. 1978); Currie v. State, 516 S.W.2d 684 (Tex.
Crim. App. 1974); Gainous v. State, 436 S.W.2d 137 (Tex. Crim. App.
1969); Eaden v. State, 161 S.W.3d 173 (Tex. App.CEastland
2005, no pet.).

Following the procedures outlined in Anders,
we have independently reviewed the record and appellant=s
pro se response, and we agree that the appeal is without merit.  

The motion to withdraw is granted, and the
judgment is affirmed.

 

PER CURIAM

 

May 18, 2006

Do not publish.  See Tex. R. App. P. 47.2(b).

Panel
consists of:  Wright, C.J., and

McCall,
J., and Strange, J.